UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
NIXON NICHOLAS MCCREE,              )    No. C07-1101RSL
                                    )
            Plaintiffs,             )
    v.                              )
                                    )    ORDER GRANTING MOTION TO
ALBERTO R. GONZALES, *et al.*,      )    AMEND COMPLAINT
                                    )
            Defendants.             )
_____ )

This matter comes before the Court on "Plaintiff's Motion to Amend Complaint." Dkt. # 10. Defendants do not oppose the motion. The Court notes, however, that Michael Mukasey has now been sworn in as Attorney General and is the proper party to replace Alberto R. Gonzales as a defendant. Plaintiff's motion is GRANTED. Plaintiff may file an amended complaint substantially in the form lodged with the motion to amend except as noted above.

Dated this 14th day of November, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO AMEND COMPLAINT